UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
MONROE STAFFING SERVICES, LLC and
STAFFING 360 SOLUTIONS, INC.,

                        Plaintiffs,

    -against-

PAMELA D WHITAKER,

                        Defendant.
------------------------------------------------------------x

ORDER

20 Civ. 1716 (GBD)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: AUG 17 2020*

GEORGE B. DANIELS, United States District Judge:

    This Court will hear oral argument on Defendant's motion to dismiss, (ECF No. 14), on October 13, 2020 at 10:30 am.

Dated: New York, New York
       August 13, 2020

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge