**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MONROE STAFFING SERVICES, LLC et al.,

                        Plaintiffs,

   -against-

PAMELA D. WHITAKER.

                        Defendant.

ORDER

20 Civ. 1716 (GBD)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    For the reasons stated on the record during today's oral argument, Defendants' Motion to Dismiss Plaintiff's Complaint, ECF No. 1, pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction, Rule 12(b)(3) for improper venue, the first-filed rule is DENIED without prejudice.

    Defendants' Motion to Dismiss pursuant to Rule 12(b)(6) for failure to state a claim for fraudulent inducement and breach of contract is GRANTED. Plaintiff may seek leave to move to amend the complaint by letter application attaching a proposed amended complaint, on or before December 1, 2020.

    Defendant shall file any opposition to Plaintiff's letter application on or before January 5, 2021.

    Plaintiff may serve any reply on or before January 25, 2021.

    The Clerk of Court is directed to close the motion at ECF No. 14 accordingly.

Dated: New York, New York
      October 13, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge