**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- X

MONROE STAFFING SERVICES, LLC et al.,

                Plaintiffs,

  -against-

PAMELA D. WHITAKER.

                Defendant.

ORDER

20 Civ. 1716 (GBD)

------------------------------------- X

GEORGE B. DANIELS, United States District Judge:

The conference scheduled to occur on February 2, 2021 is hereby adjourned to March 16, 2021 at 9:30 a.m.

Dated: New York, New York
       January 27, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge