UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MONROE STAFFING SERVICES, LLC and
STAFFING 360 SOLUTIONS, INC.,

                      Plaintiffs,

   -against-

PAMELA D. WHITAKER,

                      Defendant.

------------------------------------- x

<u>ORDER</u>

20 Civ. 1716 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 1 2021

GEORGE B. DANIELS, United States District Judge:

    The conference scheduled to occur on March 16, 2021 is hereby adjourned to April 27, 2021 at 9:30 a.m.

Dated: New York, New York
         March 11, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge