UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

MONROE STAFFING SERVICES, LLC and
STAFFING 360 SOLUTIONS, INC.,

                        Plaintiffs,

  -against-

PAMELA D. WHITAKER.

                        Defendant.

------------------------------------- X

ORDER

20 Civ. 1716 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The conference scheduled to occur on July 21, 2021 is hereby adjourned to September 28, 2021 at 9:30 a.m.

Dated: New York, New York
       July 20, 2021

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge