UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

MONROE STAFFING SERVICES, LLC and
STAFFING 360 SOLUTIONS, INC.,

                    Plaintiffs,

   -against-

PAMELA D. WHITAKER.

                    Defendant.

------------------------------------- x

ORDER

20 Civ. 1716 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on September 28, 2021 at 9:30 a.m. is hereby cancelled in light of this Court's referral to Magistrate Judge Moses for General Pretrial Supervision and Dispositive Motions.

Dated: New York, New York
         September 21, 2021

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge