

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONROE STAFFING SERVICES, LLC,
et al.,

          Plaintiffs,

   -against-

PAMELA D. WHITAKER,

          Defendant.

20-CV-1716 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the parties' update regarding the Fourth Circuit's decision in the North Carolina Action (*see* Dkt. 71), the stay previously ordered in this case on March 7, 2022 (*see* Dkt. 68), is hereby LIFTED. The Court will conduct a telephonic status conference on **August 8, 2022, at 10:00 a.m.**, to discuss next steps. At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387#.

Dated:  New York, New York
       August 3, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**