UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONROE STAFFING SERVICES, LLC and
STAFFING 360 SOLUTIONS, INC.,

            Plaintiffs,

-against-

PAMELA D. WHITAKER,

           Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/16/2023
```

20-CV-1716 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

No later than **May 19, 2023**, plaintiff Monroe Staffing Services, LLC (Monroe) shall file an amended Rule 7.1 Statement, in the form available at https://www.nysd.uscourts.gov/forms/rule-71-statement. Monroe's attention is drawn to Part II, which notes that "the citizenship of an L.L.C. is the citizenship of each of its members." *See Bayerische Landesbank, New York Branch v. Aladdin Capital Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012).

Monroe shall identify, and disclose the citizenship of, each of its members. "An individual's citizenship, within the meaning of the diversity statute, is determined by his domicile." *McKie v. Kornegay*, 2022 WL 4241355, at *1 (2d Cir. Sept. 15, 2022) (quoting *Van Buskirk v. United Grp. of Cos., Inc.*, 935 F.3d 49, 53 (2d Cir. 2019)).

Dated: New York, New York
       May 16, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**