UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  06/09/2023
```

MONROE STAFFING SERVICES, LLC
and STAFFING 360 SOLUTIONS, INC.,

            Plaintiffs,

    -against-

PAMELA D. WHITAKER,

            Defendant.

20-CV-1716 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

       For the reasons stated in today's Report and Recommendation, plaintiffs Monroe Staffing Services, LLC (Monroe) and Staffing 360 Solutions, Inc. shall file a further amended complaint, no later than **June 23, 2023**, for the limited purpose of adequately alleging the facts necessary to support their invocation of this Court's diversity jurisdiction, including the principal place of business of Monroe's member Faro Recruitment America, Inc. Plaintiffs are reminded that "the existence of diversity jurisdiction depends on the citizenship of the parties at the time the action is commenced." *Linardos v. Fortuna*, 157 F.3d 945, 947 (2d Cir. 1998).

Dated: New York, New York
       June 9, 2023

                             **SO ORDERED.**

                             _____

                             **BARBARA MOSES**
                             **United States Magistrate Judge**