UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONROE STAFFING SERVICES, LLC, et al.,

        Plaintiffs,

-against-

PAMELA D. WHITAKER,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/06/2023

20-CV-1716 (GBD) (BCM)

**ORDER SCHEDULING DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of defendant's fully-briefed letter-application for discovery relief (Dkt. 118) and will conduct a discovery conference on **September 13, 2023, at 11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. It is the Court's practice to resolve discovery disputes at the conference, if possible.

Dated: New York, New York
       September 6, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**