KUUKU MINNAH-DONKOH
KMINNAHDONKOH@GRSM.COM

LINDSEY BLACKWELL
LBLACKWELL@GRSM.COM



ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/08/2023

September 7, 2023

**VIA ECF**
Honorable Barbara Moses U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

**MEMO ENDORSED**

Re:   *Monroe Staffing Services, LLC et al. v. Whitaker*
      Case No.: 1-20-cv-01716-GBD

Dear Judge Moses:

We represent defendant Pamela D. Whitaker ("Defendant") in this case. We write with the consent of Plaintiffs' counsel, pursuant to Your Honor's Individual Practices 2.a., to respectfully request an adjournment of the September 13, 2023 discovery conference. All parties have conferred and are available either September 11, 2023, or September 15, 2013, instead. The reason for the requested adjournment is due to prior scheduled commitments in other matters for Defendant's counsel on September 13, 2023. This is defendant's first request for an adjournment in this matter. No other scheduled dates will be affected by this adjournment.

We thank the Court for its consideration of this request.

Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

*Lindsey Blackwell*
Lindsey Blackwell

Application GRANTED. The discovery conference previously scheduled for September 13, 2023, is hereby ADJOURNED to **September 15, 2023, at 12:00 p.m.** SO ORDERED.

*[signature]*
Barbara Moses
United States Magistrate Judge
September 8, 2023