UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONROE STAFFING SERVICES, LLC, et al.,

        Plaintiffs,

  -against-

PAMELA D. WHITAKER,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __09/15/2023__

20-CV-1716 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's discovery conference, it is hereby ORDERED that:

1. <u>Plaintiffs' Responses to Defendant's Second Request for Production</u>. No later than **September 29, 2023**, plaintiffs shall advise defendant, in writing, with respect to each request in plaintiff's second request for the production of documents, whether plaintiffs have produced additional responsive documents. If not, plaintiffs shall state, in accordance with Rule 34(b)(2)(C), whether responsive documents were withheld on the basis of an objection made pursuant to Rule 34(b)(2)(B) (other than privilege) or whether, after a reasonably diligent search, no non-privileged, responsive documents were found.

2. <u>Documents Regarding KRI's Workforce</u>. No later than **September 29, 2023**, plaintiffs shall produce: (a) all KRI customer invoices from August 2018 through August 2020; and (b) all data obtainable from the Adapt database(s) concerning the last date worked, last date on the payroll, and date of termination and/or removal from the payroll for each of the approximately 150 KRI employees whom plaintiffs allege to have been lost (resigned or terminated) due to I-9 deficiencies or related noncompliance with the immigration laws.

3. <u>Status Conference</u>. The status conference previously scheduled for September 20, 2023, is hereby ADJOURNED to **December 13, 2023, at 10:00 a.m.** No later than **December 11, 2023**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

4. <u>Discovery Deadlines</u>. The deadline to complete all fact discovery remains **September 22, 2023**, except as modified by ¶¶ 1-2 of this Order. All other deadlines in the Third Revised Case Management Order (Dkt. 117) remain in effect.

The Clerk of Court is respectfully directed to close the motion at Dkt. 118.

Dated: New York, New York
September 15, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**