March 4, 2024

***BY* ECF**

The Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, New York 10007

> Re:   *Monroe Staffing Services, LLC et al v. Whitaker*; **Case No.: 1:20-cv-01716 (GBD) (BCM) – Joint Notice of Settlement in Principle**

Dear Judge Moses:

Plaintiffs Monroe Staffing Services, LLC ("Monroe") and Staffing 360 Solutions, Inc. ("Staffing 360," and together with Monroe, "Plaintiffs") and Defendant Pamela D. Whitaker ("Defendant") hereby submit this joint letter (the "Letter") to notify the Court that the parties have agreed to a settlement in principle. The parties will memorialize this settlement in writing as quickly as possible and expect this matter will be discontinued in the near future. Therefore, the parties jointly request that all further proceedings and deadlines in this action be stayed, including the joint status letter due March 8, 2024, the expert discovery deadline of March 14, 2024, and the status conference scheduled for March 15, 2024.

The parties thank the Court for its attention to this matter and look forward to advising the Court of their anticipated memorialization of the settlement.

Respectfully submitted,

The Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
March 4, 2024
Page Two

| HAYNES AND BOONE, LLP | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| By: /s/ Leslie C. Thorne<br>Leslie C. Thorne, Esq.<br>Amanda Laurel Gayer, Esq.<br>30 Rockefeller Plaza<br>New York, New York 10012<br>Tel: (212) 918-8961<br>Fax: (212) 884-9561<br>Leslie.thorne@haynesboone.com<br>Amanda.gayer@haynesboone.com<br><br>*Attorneys for Plaintiffs* | By: /s/ Lindsey Blackwell<br>Kuuku Minnah-Donkoh, Esq.<br>Lindsey Blackwell, Esq.<br>1 Battery Park Plaza, 28th Floor<br>New York, New York 10004<br>Tel: (212) 269-5500<br>Fax: (212) 269-5505<br>kminnahdonkoh@grsm.com<br>lblackwell@gmail.com<br><br>*Attorneys for Defendant* |