**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MONROE STAFFING SERVICES, LLC, and
STAFFING 360 SOLUTIONS, INC.,

                        Plaintiffs,

            -against-

PAMELA WHITAKER,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                <u>ORDER</u>

                        20 Civ. 1716 (GBD) (BCM)

GEORGE B. DANIELS, United States District Judge:

       This Court having been advised that the parties have reached a settlement in principle in

this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without

prejudice to restoring the action to this Court's docket if an application to restore is made within

thirty (30) days.

Dated: March 5, 2024
       New York, New York

                                SO ORDERED.

                                *George B. Daniels*

                                GEORGE B. DANIELS
                                United States District Judge